**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Frederick SMALLS, Defendant–**
**Appellant.**

**No. 12–6607.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 26, 2012.

Frederick Smalls, Appellant Pro Se. Robert Nicholas Bianchi, Office of The United States Attorney, Charleston, South Carolina, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Smalls appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smalls*, No. 2:09–cr–00802–PMD–1 (D.S.C. Mar. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*